United States Bankruptcy Court
For the Western District of Texas
Austin Division

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Christy Lynn Riley, | § | Case No. 11-11533-Mott |
| | § | |
| Debtor | § | Chapter 7 |

### Response to Trustee's Motion to Sell the Estate's Limited Partnership Interest in Cavan Opportunity Fund to Guadalupe R. Garcia Free and Clear of Liens

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW John Patrick Lowe, the Trustee in this case, and makes and files this Response to Trustee's Motion to Sell the Estate's Limited Partnership Interest in Cavan Opportunity Fund to Guadalupe R. Garcia Free and Clear of Liens, and in support thereof respectfully represents to the Court as follows:

1.

The undersigned is the Trustee in this Chapter 7 case. The case was commenced on June 23, 2011 as a Chapter 7 proceeding and has since that date remained pending under that Chapter.

2.

On September 30, 2013, the Trustee filed his Motion Trustee's Motion to Sell the Estate's Limited Partnership Interest in Cavan Opportunity Fund to Guadalupe R. Garcia Free and Clear of Liens, docket number 84.

3.

However, on October 1, 2013, he Trustee received a higher offer for the interest, an offer from Liquidity Capital Group, LLC to pay $3,000.00 for that interest.

1

4.

The Trustee requests that the sale Motion be set for hearing so that these offers and any other offers later made for this interest might be reviewed by the Trustee and the Court.

SIGNED this 9th day of October 2013.

Respectfully submitted,

John Patrick Lowe, Trustee
State Bar No. 12623700
318 East Nopal
Uvalde, Texas 78801
(830) 278-4471
(830) 278-6347 (fax)
Email: johnplowe@sbcglobal.net

### Certificate of Service

This is to certify that a true and correct copy of the above and foregoing Response to Trustee's Motion to Sell the Estate's Limited Partnership Interest in Cavan Opportunity Fund to Guadalupe R. Garcia Free and Clear of Liens, has been served to the parties on the attached Service List, by First Class mail, postage prepaid; by the CM/ECF system; or by electronic mail on this the 9th day of October 2013.

Patrick Lowe

## SERVICE LIST

| | | |
|---|---|---|
| Texas Comptroller of Public Accounts<br>Revenue Accounting Div - Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX 78711-3528 | ADT Security Services<br>P.O. Box 650485<br>Dallas, TX 75265-0485 | Aleida O. Villarreal<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 |
| American Express<br>c/o Swicker & Assoc.<br>80 Minuteman Road<br>Andover, MA 01810-1008 | Andrew Haut<br>4502 Beech St.<br>Bellaire, TX 77401-3708 | Bank Of America<br>P.O. Box 2759<br>Jacksonville, FL 32203-2759 |
| Bankruptcy Trading & Investments, LLC<br>P.O. Box 3502<br>Houston, TX 77253-3502 | Bankruptcy Trading and Investment<br>Attn: Kirk Kennedy<br>P.O. Box 75281<br>Houston, TX 77234-5281<br>**MAIL RETURNED** | BBVA Compass Bank<br>c/o Michael Durrschmidt<br>Hirsch & Westheimer, PC<br>700 Louisiana, Ste. 2550<br>Houston, TX 77002-2772 |
| Byron Strain<br>2550 Beckleymeade, Ste. 100<br>Dallas, TX 75237-3834 | CA New Plan Fixed Rate Partnership<br>3901 Bellair Blvd<br>Houston, TX 77025-1100 | Chase Home Finance<br>c/o Quilling Selander, Cummiskey & Lownd<br>Attn: Hudson Jobe<br>2001 Bryan St, Ste. 1800<br>Dallas, TX 75201-3071 |
| Christopher Moody<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 | Christy Lynn Riley<br>15208 Lariat Trail<br>Austin, TX 78734-2344 | CIT Technology Financing<br>Weltman, Weinberg & Reis Co<br>175 S 3rd Street, Ste. 900<br>Columbus, OH 43215-5177 |
| CT Corporation<br>350 N St. Paul St, Ste. 2900<br>Dallas, TX 75201-4284 | Dallas County<br>Linebarger Goggan Blair & Sampson,LLP<br>c/o Elizabeth Weller<br>2323 Bryan Street , Ste. 1600<br>Dallas, TX 75201-2644 | Dallas County<br>c/o L Spindler/E Weller<br>Linebarger Goggan Blair & Sampson<br>2323 Bryan Street, Ste. 1600<br>Dallas, TX 75201-2644 |
| Dawn Pirone<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 | El Paso Orthopaedic Surgery Group<br>1755 Curie<br>El Paso, TX 79902-2919 | First Equity Card<br>Bankruptcy Dept.<br>4315 Pickett Rd.<br>Saint Joseph, MO 64503-1600 |
| First National Bank<br>c/o Eric Yollick<br>P.O. Box 7571<br>The Woodlands, TX 77387-7571 | Gloria Longoria<br>884 Hempsted Dr<br>El Paso, TX 79912-1559 | GMAC<br>P.O. Box 130424<br>Roseville, MN 55113-0004 |
| GR3EFG Ltd<br>1409 Lost Padre Mine Drive<br>El Paso, TX 79902-2819 | H Douglas Riley<br>4400 North Scottsdale Rd.<br>Scottsdale , A Z 85251-3331 | Harris County<br>Attn: John Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Heather Brown<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 | Hudson M Jobe<br>2001 Bryan St, Ste. 1800<br>Dallas, TX 75201-3070 | IRS<br>Special Procedures--Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Irving ISD<br>Linebarger Goggan Blair & Sampson,LLP<br>c/o Elizabeth Weller<br>2323 Bryan Street, Ste. 1600<br>Dallas, TX 75201-2644 | Jackson Walker<br>Attn: Bruce Ruzinsky<br>1401 McKinney, Ste. 1900<br>Houston, TX 77010-1900 | James A Longaker<br>25202 South Bend Park Ct<br>Katy, TX 77494-2363 |
| Jan Williem<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 | JC & GD Investments<br>320 Texas<br>El Paso, TX 79901-1437 | Jennifer Floren<br>5931 Desco Dr<br>Dallas, TX 75225-1604 |
| Jessica Rosales<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 | Jessica York-Franco<br>6053 Lourdes Rd<br>Santa Teresa, NM 88008-9138 | John Edward Athey<br>P.O. Box 202404<br>Austin, TX 78720-2404 |
| JP Morgan Chase<br>P.O. Box 78430<br>Phoenix, AZ 85062-8430 | Kenneth Hendren<br>12086 Van Gogh<br>El Paso, TX 79936-7109 | Kimberly Ziegler<br>6307 Stone Trail Lane<br>Spring, TX 77379-2442 |
| Kirk Allen Kennedy<br>P.O. Box 75281<br>Houston, TX 77234-5281<br>**MAIL RETURNED** | Kirk Kennedy<br>P.O. Box 3502<br>Houston, TX 77253-3502 | Kristie Yeagley<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 |
| Lauren Ooms<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 | Michael Hicks<br>25551 Brushy Creek<br>Hockley, TX 77447-6257 | Michael Sharp Attorney at Law<br>P.O. Box 1442<br>Friendswood, TX 77549-1442 |
| Montgomery County Tax Office<br>400 N San Jacinto St<br>Conroe, TX 77301-2823 | Numina Transcription Services<br>582 Market St, Ste. 807<br>San Francisco, CA 94104-5309 | Pat Ellison<br>15491 Felix Rd<br>El Paso, TX 79938-9742 |
| Positive Health Management<br>14637 Pebble Bend Dr<br>Houston, TX 77068-2922<br>**MAIL RETURNED** | Randy W. Williams, Trustee<br>333 Clay St., Ste. 3300<br>Houston, TX 77002-4104 | Recovery Management Systems<br>25 SE Second Avenue, Ste. 1120<br>Miami, FL 33131-1605 |
| Renea Ann McBride<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 | Robert Quintanilla<br>11275 S Sam Houston Pkwy West #150<br>Houston, TX 77031-2357 | Ron Ziegler<br>c/o Michael Sharp<br>P.O. Box 1442<br>Friendswood, TX 77549-1442 |
| Sams Club<br>P.O. Box 105980, Dept 77<br>Atlanta, GA 30353-5980 | Shell Fleet Processing Ctr<br>P.O. Box 689010<br>Des Moines, IA 50368-9010 | Southwestern Bell Yellow Pages<br>c/o McElvaney & Kovach LLP<br>170 Westcott St<br>Houston, TX 77007-7003 |

Spring ISD
P.O. Box 90458
Houston, TX 77290-0458

Texas Capital Bank
Attn: Ken Goedeke, Sr VP
1 Riverway, Ste. 2100
Houston, TX 77056-1905

Texas Capital Bank
c/o Jackson Walker
Attn: Bruce Ruzinsky
1401 McKinney, Ste. 1900
Houston, TX 77010-1900

Texas Dept of State Health Svcs
c/o TX Attorney General
Bankruptcy & Collections Division
P.O. Box 12548 MC-008
Austin, TX 78711-2548

Texas Health & Human Services Comm
c/o TX Attorney General
Bankruptcy & Collections Division
P.O. Box 12548 MC-008
Austin, TX 78711-2548

Texas Medical Board
333 Guadalupe
Tower 3, Ste. 610
Austin, TX 78701-3938

Texas Prop & Casualty Ins Guaranty Assoc
9120 Burnet Rd
Austin, TX 78758-5204

Texas Workforce Commission
P.O. Box 12548
Austin, TX 78711-2548

The Woodlands Association, Inc
P.O. Box 7859
The Woodlands, TX 77387-7859

Thompson & Knight LLP (Randy Williams)
333 Clay, Ste. 3300
Houston, TX 77002-4499

Tiffany M Sustaita
c/o Margaret McClure
909 Fannin, Ste. 3810
Houston, TX 77010-1030

Timothy Boggs
c/o Margaret McClure
909 Fannin, Ste. 3810
Houston, TX 77010-1030

United States Trustee
Office of the US Trustee
515 Rusk, Ste. 3516
Houston, TX 77002-2604

Judy A. Robbins
United States Trustee
903 San Jacinto Blvd, Ste. 230
Austin, TX 78701-2450

VW Credit
P.O. Box 829009
Dallas, TX 75382-9009

W J Mallerich DC
10536 Montwood A
El Paso, TX 79935

Don P (for Proto-Buffoon) Stecker
Linebarger, Goggan, Blair & Sampson
711 Navarro St., #300
San Antonio, TX 78205

Jennifer L. Rothe
Accountant
Groff & Rothe
P.O. Box 628
Hondo, TX 78861

Guadalupe R. Garcia
1038 Kelly Avenue
Springdale, AR 72762

Ryan Stern
Liquidity Capital Group
Email: Ryan@LCGusa.com

Jerome A. Fink
Email: jerryfink@earthlink.net