United States Bankruptcy Court
For the Western District of Texas
Austin Division

| | | |
|---|---|---|
| In Re: | § § | |
| Christy Lynn Riley, | § § | Case No. 11-11533-Mott |
| Debtor | § | Chapter 7 |

Trustee's Notice of (1) Change of Time of December 3, 2013 Hearing on the
Trustee's Motion to Sell the Estate's Limited Partnership Interest in Cavan Opportunity
Fund to Guadalupe R. Garcia Free and Clear of Liens and of (2) Bid Procedures

TO ALL PARTIES IN INTEREST:

COMES NOW John Patrick Lowe, the Trustee in this case, and makes and files this Notice, and in support thereof respectfully represents to the Court as follows:

**1.**

The undersigned is the Trustee in this Chapter 7 proceeding. The case was commenced on June 23, 2011 as a Chapter 7 proceeding and has since that date remained pending under that Chapter.

**2.**

The time of the Trustee's Motion to Sell the Estate's Limited Partnership Interest in Cavan Opportunity Fund to Guadalupe R. Garcia Free and Clear of Liens, docket number 84, has been changed to December 3, 2013 at 9:30 a.m. local time at Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Austin Courtroom 2, Austin, Texas.

**3.**

The Trustee's Motion seeks leave to sell the estate's interest in Cavan Opportunity Fund to Guadalupe R. Garcia. The Trustee and the Court will accept higher offers <u>at the hearing</u>. Any party which desires to make an offer <u>higher than that in the Trustee's Motion</u> should appear <u>at the hearing in Austin, Texas</u> in person or by authorized agent or by telephone if the Court grants leave to appear by telephone. If the Court authorizes any one bidder to appear by telephone, the bid procedures will

1

follow an open auction procedure. That is, sealed bids will not be appropriate if the Court authorizes at least one bidder to appear by telephone. The Court will set the incremental bid amount. The asset will be sold on December 3, 2013 at 9:30 a.m. local time in open Court in Austin, Texas. The Court will set the deadline by which the purchase price must be paid to the Trustee.

SIGNED this 6th day of November 2013.

Respectfully submitted,

John Patrick Lowe, Trustee
State Bar No. 12623700
318 East Nopal
Uvalde, Texas 78801
(830) 278-4471
(830) 278-6347 (fax)
Email: johnplowe@sbcglobal.net

### Certificate of Service

This is to certify that a true and correct copy of the above and foregoing Trustee's Notice of (1) Change of Time of December 3, 2013 Hearing on the Trustee's Motion to Sell the Estate's Limited Partnership Interest in Cavan Opportunity Fund to Guadalupe R. Garcia Free and Clear of Liens and of (2) Bid Procedures, has been served to all parties on the attached Service List, by first class mail, postage prepaid, on this the 6th day of November 2013.

Patrick Lowe

2

## SERVICE LIST

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Section
P.O. Box 13528
Austin, TX 78711-3528

ADT Security Services
P.O. Box 650485
Dallas, TX 75265-0485

Aleida O. Villarreal
c/o Margaret McClure
909 Fannin, Ste. 3810
Houston, TX 77010-1030

American Express
c/o Swicker & Assoc.
80 Minuteman Road
Andover, MA 01810-1008

Andrew Haut
4502 Beech St.
Bellaire, TX 77401-3708

Bank Of America
P.O. Box 2759
Jacksonville, FL 32203-2759

Bankruptcy Trading & Investments, LLC
P.O. Box 3502
Houston, TX 77253-3502

Bankruptcy Trading and Investment
Attn: Kirk Kennedy
P.O. Box 75281
Houston, TX 77234-5281
**MAIL RETURNED**

BBVA Compass Bank
c/o Michael Durrschmidt
Hirsch & Westheimer, PC
700 Louisiana, Ste. 2550
Houston, TX 77002-2772

Byron Strain
2550 Beckleymeade, Ste. 100
Dallas, TX 75237-3834
**MAIL RETURNED**

CA New Plan Fixed Rate Partnership
3901 Bellair Blvd
Houston, TX 77025-1100

Chase Home Finance
c/o Quilling Selander, Cummiskey & Lownd
Attn: Hudson Jobe
2001 Bryan St, Ste. 1800
Dallas, TX 75201-3071

Christopher Moody
c/o Margaret McClure
909 Fannin, Ste. 3810
Houston, TX 77010-1030

Christy Lynn Riley
15208 Lariat Trail
Austin, TX 78734-2344

CIT Technology Financing
Weltman, Weinberg & Reis Co
175 S 3rd Street, Ste. 900
Columbus, OH 43215-5177

CT Corporation
350 N St. Paul St, Ste. 2900
Dallas, TX 75201-4284

Dallas County
Linebarger Goggan Blair & Sampson,LLP
c/o Elizabeth Weller
2323 Bryan Street , Ste. 1600
Dallas, TX 75201-2644

Dallas County
c/o L Spindler/E Weller
Linebarger Goggan Blair & Sampson
2323 Bryan Street, Ste. 1600
Dallas, TX 75201-2644

Dawn Pirone
c/o Margaret McClure
909 Fannin, Ste. 3810
Houston, TX 77010-1030

El Paso Orthopaedic Surgery Group
1755 Curie
El Paso, TX 79902-2919

First Equity Card
Bankruptcy Dept.
4315 Pickett Rd.
Saint Joseph, MO 64503-1600

First National Bank
c/o Eric Yollick
P.O. Box 7571
The Woodlands, TX 77387-7571

Gloria Longoria
884 Hempsted Dr
El Paso, TX 79912-1559

GMAC
P.O. Box 130424
Roseville, MN 55113-0004

GR3EFG Ltd
1409 Lost Padre Mine Drive
El Paso, TX 79902-2819

H Douglas Riley
4400 North Scottsdale Rd.
Scottsdale , A Z 85251-3331

Harris County
Attn: John Dillman
P.O. Box 3064
Houston, TX 77253-3064

Heather Brown
c/o Margaret McClure
909 Fannin, Ste. 3810
Houston, TX 77010-1030

Hudson M Jobe
2001 Bryan St, Ste. 1800
Dallas, TX 75201-3070

IRS
Special Procedures--Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

| | | |
|---|---|---|
| Irving ISD<br>Linebarger Goggan Blair & Sampson,LLP<br>c/o Elizabeth Weller<br>2323 Bryan Street, Ste. 1600<br>Dallas, TX 75201-2644 | Jackson Walker<br>Attn: Bruce Ruzinsky<br>1401 McKinney, Ste. 1900<br>Houston, TX 77010-1900 | James A Longaker<br>25202 South Bend Park Ct<br>Katy, TX 77494-2363 |
| Jan Williem<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 | JC & GD Investments<br>320 Texas<br>El Paso, TX 79901-1437 | Jennifer Floren<br>5931 Desco Dr<br>Dallas, TX 75225-1604 |
| Jessica Rosales<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 | Jessica York-Franco<br>6053 Lourdes Rd<br>Santa Teresa, NM 88008-9138 | John Edward Athey<br>P.O. Box 202404<br>Austin, TX 78720-2404 |
| JP Morgan Chase<br>P.O. Box 78430<br>Phoenix, AZ 85062-8430<br>**MAIL RETURNED** | Kenneth Hendren<br>12086 Van Gogh<br>El Paso, TX 79936-7109 | Kimberly Ziegler<br>6106 Craigway Rd.<br>Spring, TX 77389-3704 |
| Kirk Allen Kennedy<br>P.O. Box 75281<br>Houston, TX 77234-5281<br>**MAIL RETURNED** | Kirk Kennedy<br>P.O. Box 3502<br>Houston, TX 77253-3502 | Kristie Yeagley<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 |
| Lauren Ooms<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 | Michael Hicks<br>25551 Brushy Creek<br>Hockley, TX 77447-6257<br>**MAIL RETURNED** | Michael Sharp Attorney at Law<br>P.O. Box 1442<br>Friendswood, TX 77549-1442 |
| Montgomery County Tax Office<br>400 N San Jacinto St<br>Conroe, TX 77301-2823 | Numina Transcription Services<br>582 Market St, Ste. 807<br>San Francisco, CA 94104-5309 | Pat Ellison<br>15491 Felix Rd<br>El Paso, TX 79938-9742 |
| Positive Health Management<br>14637 Pebble Bend Dr<br>Houston, TX 77068-2922<br>**MAIL RETURNED** | Randy W. Williams, Trustee<br>333 Clay St., Ste. 3300<br>Houston, TX 77002-4104 | Recovery Management Systems<br>25 SE Second Avenue, Ste. 1120<br>Miami, FL 33131-1605 |
| Renea Ann McBride<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 | Robert Quintanilla<br>11275 S Sam Houston Pkwy West #150<br>Houston, TX 77031-2357 | Ron Ziegler<br>c/o Michael Sharp<br>P.O. Box 1442<br>Friendswood, TX 77549-1442 |
| Sams Club<br>P.O. Box 105980, Dept 77<br>Atlanta, GA 30353-5980 | Shell Fleet Processing Ctr<br>P.O. Box 689010<br>Des Moines, IA 50368-9010 | Southwestern Bell Yellow Pages<br>c/o McElvaney & Kovach LLP<br>170 Westcott St<br>Houston, TX 77007-7003 |

| | | |
|---|---|---|
| Spring ISD<br>P.O. Box 90458<br>Houston, TX 77290-0458 | Texas Capital Bank<br>Attn: Ken Goedeke, Sr VP<br>1 Riverway, Ste. 2100<br>Houston, TX 77056-1905 | Texas Capital Bank<br>c/o Jackson Walker<br>Attn: Bruce Ruzinsky<br>1401 McKinney, Ste. 1900<br>Houston, TX 77010-1900 |
| Texas Dept of State Health Svcs<br>c/o TX Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548 MC-008<br>Austin, TX 78711-2548 | Texas Health & Human Services Comm<br>c/o TX Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548 MC-008<br>Austin, TX 78711-2548 | Texas Medical Board<br>333 Guadalupe<br>Tower 3, Ste. 610<br>Austin, TX 78701-3938 |
| Texas Prop & Casualty Ins Guaranty Assoc<br>9120 Burnet Rd<br>Austin, TX 78758-5204 | Texas Workforce Commission<br>P.O. Box 12548<br>Austin, TX 78711-2548 | The Woodlands Association, Inc<br>P.O. Box 7859<br>The Woodlands, TX 77387-7859<br>**MAIL RETURNED** |
| Thompson & Knight LLP (Randy Williams)<br>333 Clay, Ste. 3300<br>Houston, TX 77002-4499 | Tiffany M Sustaita<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 | Timothy Boggs<br>c/o Margaret McClure<br>909 Fannin, Ste. 3810<br>Houston, TX 77010-1030 |
| United States Trustee<br>Office of the US Trustee<br>515 Rusk, Ste. 3516<br>Houston, TX 77002-2604<br>**MAIL RETURNED** | Judy A. Robbins<br>United States Trustee<br>903 San Jacinto Blvd, Ste. 230<br>Austin, TX 78701-2450 | VW Credit<br>P.O. Box 829009<br>Dallas, TX 75382-9009 |
| W J Mallerich DC<br>10536 Montwood A<br>El Paso, TX 79935 | Don P (for Populator) Stecker<br>Linebarger, Goggan, Blair & Sampson<br>711 Navarro St., #300<br>San Antonio, TX 78205 | Jennifer L. Rothe<br>Accountant<br>Groff & Rothe<br>P.O. Box 628<br>Hondo, TX 78861 |
| Guadalupe R. Garcia<br>1038 Kelly Avenue<br>Springdale, AR 72762 | Ryan Stern<br>Liquidity Capital Group<br>Email: Ryan@LCGusa.com | Jagdeep Hansra<br>Email: hansra@gmail.com |
| Jerome Fink<br>jerryfink@earthlink.net | | |